UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARKENDY JEAN,
Petitioner,

v.                                          CIVIL ACTION NO. 15-13145-NMG

KELLY RYAN,
Respondent.

REPORT AND RECOMMENDATION ON MOTION TO DISMISS
PETITION FOR WRIT OF HABEAS CORPUS (#18)

I. INTRODUCTION

Markendy Jean petitions for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for

alleged violations of his constitutional rights. (#1.)  In 2007, a jury in the Middlesex Superior

Court convicted Jean of second degree murder, carrying a firearm without a license, and

possession of ammunition without a license. (#1 at 1.)  Jean bases his habeas petition on four

grounds: (1) the prosecutor improperly exercised peremptory challenges to exclude minority

jurors; (2) the trial court did not give a proper jury instruction on cross-racial identification; (3)

the courtroom was improperly closed during jury selection; and (4) trial counsel was ineffective

based on his failure to object to the closed courtroom. (#1 at 5-10.)  Respondent has moved for

dismissal based on Jean's failure to exhaust state remedies with respect to the first two grounds

above, the peremptory challenge and jury instruction claims.  (#18 at 9.)

II.  PROCEDURAL BACKGROUND

After his conviction in 2007, Jean appealed to the Massachusetts Appeals Court

*Report and Recommendation accepted and adopted and, pursuant to petitioner's withdrawal of unexhausted claims (Docket No. 25), the petition shall be considered on the two exhausted claims.*

*/s/ NM Gorton, USDJ 7/1/16*