UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARKENDY JEAN,<br>    Petitioner,<br><br>    v.<br><br>KELLY RYAN,<br>    Respondent. | Civil Action<br>No. 15-13145-NMG |

**MOTION TO WITHDRAW UNEXHAUSTED CLAIMS
AND TO PROCEED ON EXHAUSTED CLAIMS**

NOW COMES Markendy Jean, in the above entitled and numbered matter and pursuant to the <u>Order</u> of Magistrate Judge M. Page Kelly, dated May 17, 2016, moves to withdraw the unexhausted claims and to proceed on the exhausted claims.

WHEREFORE, Markendy Jean moves to withdraw the unexhausted claims and to proceed on the exhausted claims.

Dated: May 23, 2016

Respectfully submitted,

Markendy Jean, pro se
W-89653
MCI Shirley, Medium
P.O. Box 1218
Shirley, MA 01464-1218

-1-

*Motion allowed.* /s/ NMGorton, USDJ 7/1/16