UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARKENDY JEAN,
    Petitioner,

v.                                            CIVIL ACTION NO. 15-13145-NMG

KELLY RYAN,
    Respondent.

REPORT AND RECOMMENDATION ON
PETITION FOR WRIT OF HABEAS CORPUS (#1).

KELLEY, U.S.M.J.

I. Introduction.

On August 13, 2015, Markendy Jean filed this petition for writ of habeas corpus, pro se, pursuant to 28 U.S.C. § 2254 for alleged violations of his constitutional rights. (#1.) In 2007, a jury in the Middlesex Superior Court convicted Jean of second degree murder, carrying a firearm without a license, and possession of ammunition without a license. Id. at 1. Jean's petition was originally premised on four alleged constitutional violations. See id. Respondent moved to dismiss the petition in its entirety due to Jean's failure to exhaust his state remedies with respect to two of the grounds on which he sought relief. (#17.) The motion to dismiss was fully briefed (##18, 21); this court issued a Report and Recommendation in which it found that Jean had failed to exhaust two of his claims and recommended dismissal of them (#23); the Report and

*After consideration of petitioner's objection thereto (Docket No. 41), Report and Recommendation accepted and adopted.*

*[signed] N. Gorton, USDJ  9/19/17*