UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 15-13145-NMG

===================================================

MARKENDY JEAN,
Petitioner.

VS.

KELLY RYAN,
Respondent.

===================================================

PETITIONER'S SUPPLIMENTAL MOTION
FOR HIS WRIT OF HABEAS CORPUS.

===================================================

Now comes the petitioner, Markendy Jean, in the above-entitled matter and request this Honorable court to accept his motion to suppliment his writ of habeas corpus. As grounds in support of this motion the defendant attaches memorandum of law hereto.

Respectfully Submitted

Aujust 1st, 2017

Markendy Jean, pro-se
Shirley Med. Corr. Cent.
P.O. Box 1218
1 Harvard Road
Shirley, Massachusetts
01464-1218

Because petitioner's claim of ineffective assistance of counsel was adjudicated on the merits in State Court proceedings and that decision was neither "an unreasonable application of federal law" nor based on "an unreasonable determination of the facts," motion denied. (See 28 U.S.C. §2254(d)).

/s/ NMGorton, USDJ 9/21/17

-1-